Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STANDARD FABRICS INTERNATIONAL, INC., a California Corporation, Plaintiff, v. ZULILY, LLC, a Delaware limited liability company; XSTYLE CORP, a Florida corporation, individually and d/b/a "Flirty Pink"; BLOCK ENTERPRISES, INC., a Florida corporation; BELLAGIO 26, INC., a California corporation; and DOES 1-10, Defendants. | Case No.: 2:20-cv-00762-PA-JPR<br>*Hon. Percy Anderson Presiding*<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff Standard Fabrics International, Inc. has reached a settlement agreement with all Defendants in this action. These Parties are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within forty-five (45) days. This settlement will resolve this matter in its entirety. So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by forty-five (45) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

Respectfully submitted,

DATED: March 4, 2020     By:     */s/ Trevor W. Barrett*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff